UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00 - 6260** CR - DIMITROULEAS

18 U.S.C. §1344
18 U.S.C. §1028(a)(7), (c)(3)(A), and (f) **MAGISTRATE JUDGE**
18 U.S.C. §2                                    **SNOW**

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )
                                       )
GLENN SPLAIN,                          )
a/k/a Yves Smith,                      )
a/k/a Michael T. Paccadolmi,           )
                                       )
            Defendant.                 )
_____)



## INDICTMENT

The Grand Jury charges that:

### INTRODUCTION

At all times material to this Indictment:

1. NationsBank was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation (FDIC), and which had branches in Broward County and throughout the Southern District of Florida. NationsBank was an organization that operated in and the activities of which affected interstate and foreign commerce. Bank of America succeeded to the interests of NationsBank.

2. Bank of America is a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation (FDIC), and which has branches in Broward County and throughout



the Southern District of Florida. Bank of America is an organization that operates in and the activities of which affect interstate and foreign commerce.

## COUNTS I-VIII

3. The allegations stated in paragraphs 1-2 are incorporated herein as though realleged in their entirety.

4. On or about the dates set forth below, at Broward County, in the Southern District of Florida, the defendant,

### GLENN SPLAIN,
### a/k/a Yves Smith,
### a/k/a Michael T. Paccadolmi,

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud Bank of America and to obtain moneys, funds and assets owned by and under the custody and control of Bank of America, by means of false and fraudulent pretenses, representations, and promises, in that the defendant knowingly and willfully withdrew and attempted to withdraw funds from financial accounts in the names of individuals identified below, knowing that insufficient funds existed to cover the withdrawals, as set forth below:

| COUNT | DATE | EXECUTIONS OF SCHEME |
|---|---|---|
| I | 6/14/00 | Withdrew $8,150.00 in cash from the Bank of America account of Yves Smith, against counterfeit check deposited into Yves Smith's account. |
| II | 6/14/00 | Withdrew $8,000.00 in cash from the Bank of America account of Yves Smith, against counterfeit check deposited into Yves Smith's account. |
| III | 6/16/00 | Withdrew $6,000.00 in cash from the Bank of America account of Yves Smith, against counterfeit check deposited into Yves Smith's account. |
| IV | 6/19/00 | Withdrew $2,000.00 in cash from the Bank of America account of |

- 2 -

|      |         | Yves Smith, against counterfeit check deposited into Yves Smith's account. |
|------|---------|---------|
| V    | 6/19/00 | Withdrew $1,700.00 in cash from the Bank of America account of Yves Smith, against counterfeit check deposited into Yves Smith's account. |
| VI   | 6/20/00 | Withdrew $4,500.00 in cash from the Bank of America account of Yves Smith, against counterfeit check deposited into Yves Smith's account. |
| VII  | 6/23/00 | Withdrew $23,000.00 in cash from the Bank of America account of Yves Smith, against counterfeit check deposited into Yves Smith's account. |
| VIII | 8/15/00 | Attempted cashing of $20,000 00 forged check drawn on the NationsBank account of Michael Paccadolmi. |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT IX

5. The allegations stated in paragraphs 1-2 are incorporated herein as though realleged in their entirety.

6. On or about August 15, 2000, at Broward County, in the Southern District of Florida, the defendant,

GLENN SPLAIN,
a/k/a Michael T. Paccadolmi,

knowingly, willfully, and without lawful authority, did use and attempt to use a means of identification of another person, that is, a false Florida driver's license in the name of Michael T. Paccadolmi, with the intent to commit, aid, and abet a violation of federal law, that is, the knowing and willful execution and attempted execution of a scheme and artifice to defraud Bank of America, and to obtain moneys, funds and assets owned by and under the custody and control of Bank of America, by means of false and fraudulent pretenses, representations, and promises, as alleged in

- 3 -

Count VIII of this Indictment, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Sections 1028(a)(7), (c)(3)(A), and (f), and

Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

- 4 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____2000R02402_____ |
|---|---|

v.                                    **CERTIFICATE OF TRIAL ATTORNEY***

GLENN SPLAIN _____        **Superseding Case Information**:

**Court Division**: (Select One)

     Miami   ___ Key West
  X   FTL   ___ WPB ___ FTP

New Defendant(s)      Yes ___    No ___
Number of New Defendants    ___
Total number of counts      ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _No_____
   List language and/or dialect   _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _No_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) _No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

Robin S. Rosenbaum
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                              REV 6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name: __Glenn Splain_____     Case No.: _____

================================     =============================================

Count #l-8: Bank Fraud - 18 U.S.C. §1344

_____

_____

**Max. Penalty:** 30 years' imprisonment; $1,000,000.00 fine, or twice the gross loss or gross gain

======================================================================================
Count # 9: Identity theft - 18 U.S.C. §1028(a)(7), (c)(3)(A), and (f)

_____

_____

**Max. Penalty:** 15 years' imprisonment; $250,000.00 fine
======================================================================================
Count #

_____

_____

**Max. Penalty:**
======================================================================================

Count #:

_____

_____

**Max. Penalty:**
======================================================================================

Count #:

_____

_____

**Max. Penalty:**
======================================================================================

======================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.