-cr-06260-WPD    Document 2    Entered on FLSD Docket 09/08/2000    P

*United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

## UNITED STATES OF AMERICA

V.

GLENN SPLAIN

**TO:**   **The United States Marshal**
   **and any Authorized United States Officer**

FILED by
D.C.
SEP - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**WARRANT FOR ARREST**

CASE NUMBER: **00-6260**
**CR-DIMITROULEAS**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ Glenn Splain _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment      ☐ Information      ☐ Complaint      ☐ Order of court      ☐ Violation Notice      ☐ Probation Violation Petition

charging him or her with (brief description of offense) engaging in a scheme and artifice to defraud Bank of America, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation, and knowingly using, without lawful authority, a means of identification of another person, with the intent to commit, and to aid and abet unlawful activity that constitutes a violation of federal law,

in violation of Title __18__ United States Code, Section(s) __1344, 1028(a)(7), (c)(3)(A), and (f), and 2__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $25,000 corporate surety bond
with Nebbia and $50,000
personal surety bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 7, 2000, Fort Lauderdale, Florida
Date and Location

by
United States Magistrate Judge
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |