**COURT MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Glenn Splain (J)# | CASE NO: | 00-6260-CR-Dimitrouleas |
| AUSA: | Robin Rosenbaum /Petri | ATTNY: | Robin Farnsworth |
| AGENT: | | VIOL: | 18:1344 |
| PROCEEDING: | Initial Appearance | BOND REC: | $150,000 Corp. Surety |
| BOND HEARING HELD - yes/(no) | | COUNSEL APPOINTED: | APD |

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

X - advised of charge
X - sworn for counsel

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No bond hrg set -
will be set at defense's
request.

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 12-13-00 | 11:00 am | Snow |
| DATE: | 11-28-00 | TIME: 11:00am | TAPE # 00-095 PG # 4 |

40 - 240
521 - 565.