UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6260-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Glenn Splain                                    ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   11-28-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: _____In custody_____

Telephone: _____

DEFENSE COUNSEL:     Name: _____FPD_____

Address: _____

Telephone: _____

BOND SET/CONTINUED:  $ _Deft. remains in custody until defense atty._
                        _requests bond hearing_

Bond hearing held: yes_____ no _X_ Bond hearing set for_____

Dated this __28__ day of __November__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
     Deputy Clerk
                       Tape No. __00-095_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

