# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6060-CR-D,ML
                 Plaintiff )
                            ) REPORT COMMENCING CRIMINAL
     -vs-              ) ACTION
                            )
Glenn Splain )  55564-004
        Defendant        USMS NUMBER

TO: Clerk's Office  MIAMI  (FT. LAUDERDALE)  W.PALM BEACH
    U.S. District Court     FT. PIERCE
                        (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11-27-2000  3:50 am/**pm**

(2) Language Spoken: English

(3) Offense(s) Charged: Bank Fraud

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 7-26-69

(6) Type of Charging Document: (check one)
[✓] Indictment  [ ] Complaint to be filed/already filed
Case#_____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SDF, Fort Lauderdale

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $ 50,000 personal surety bond
Who set Bond: _____

(7) Remarks: _____

(8) Date: 11-27-00  (9) Arresting Officer: Ann Saunders/Bill Langdon

(10) Agency: FBI  (11) Phone: 305/944-9101

(12) Comments: _____