AO 442 (Rev. 12/85) Warrant for Arrest    AUSA ROSENBAUM / FBI S/A SAUNDERS

-cr-06260-WPD    Document 10    Entered on FLSD Docket 11/29/2000    P

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__    505651

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

GLENN SPLAIN

CASE NUMBER: **00-6260**
**CR - DIMITROULEAS**

TO:  **The United States Marshal**
     **and any Authorized United States Officer**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ Glenn Splain _____
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) engaging in a scheme and artifice to defraud Bank of America, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation, and knowingly using, without lawful authority, a means of identification of another person, with the intent to commit, and to aid and abet unlawful activity that constitutes a violation of federal law,

in violation of Title __18__ United States Code, Section(s) __1344, 1028(a)(7), (c)(3)(A), and (f), and 2__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

September 7, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $25,000 corporate surety bond
              with Nebbia and $50,000
              personal surety bond

by _____
United States Magistrate Judge
Name of Judicial Officer

| **RETURN** ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL ||||
| DATE RECEIVED  9/7/00 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone  United States Marshal  Southern District of Florida | SIGNATURE OF ARRESTING OFFICER ||
| DATE OF ARREST  11/27/00 ||| Edward Purchase, SDUSM |