HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __PETER AUSTIN HOLLAND_____ CASE NO: __00-6317-CR-FERGUSON__
AUSA __SCOTT BEHNKE__ /Nicholson ATTY FPD __Dimitri for Welch__
possible plea - disc not    00-05/0 3501

DEFT __GLENN SPLAIN_____ CASE NO: __00-6260-CR-DIMITROULEAS__
AUSA __ROBIN ROSENBAUM__ /Nicholson ATTY FPD __Anita for Smargon__
poss plea /
@ 3556

DEFT __DOUGLAS COLWELL_____ CASE NO: __00-6248-CR-DIMITROULEAS__
AUSA __BRUCE BROWN_____ ATTY __FPD_____
disc not out - trial set
make 12/29                    @ 3606
DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __12/13/00_____ TIME __11:00_____

