UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6260-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,      :

    Plaintiff,      :

v.      :

GLENN SPLAIN,      :

    Defendant.      :

_____



**STATUS REPORT**

A status conference was held in this cause on December 13, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this __14__ day of December, 2000.

    _Lurana S. Snow_
    LURANA S. SNOW
    UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robin Rosenbaum (FTL)
AFPD Sam Smargon (FTL)

