## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6260-CR-WPD    DATE: December 20, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Glenn Sylvain

U.S. ATTORNEY: _____    DEFT. COUNSEL: Ann Sma___
George Karavetsos for

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count 7. Gov agrees to dismiss remaining 8 Counts @ time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 3/2/01    TIME: 11:30    FOR: Sentencing
MISC: Written plea agreement filed.

