UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6260-CR-DIMITROULEAS

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
v.                          )
                            )
                            )
GLENN SPLAIN,               )
                            )
    Defendant.              )
_____)

### GOVERNMENT'S MOTION TO RESCHEDULE SENTENCING

The United States hereby files motion to reschedule the sentencing in the above-captioned case. The reasons for this motion are as follows:

1. This matter is currently set for sentencing on March 2, 2001, at 11:30 a.m.

2. The United States wishes to put on evidence of defendant's relevant conduct at sentencing. To do this, the United States needs to rely upon the testimony of FBI Special Agent Ann Saunders, the agent assigned to this case.

3. Agent Saunders is scheduled to be out of town and unavailable from March 2 through and including March 6, 2001.

4. Consequently, the United States respectfully seeks to have this sentencing rescheduled to a time either before March 2, 2001, or after March 6, 2001.

5. Counsel for the United States has attempted to contact counsel for defendant regarding this motion, but his voicemail indicates that he is out of the office through February 9, 2001.



As a result, the United States does not know defendant's position on this motion.

For the foregoing reasons, the United States respectfully requests that the sentencing in this case be re-scheduled.

                            Respectfully submitted,

                            GUY A. LEWIS
                            UNITED STATES ATTORNEY

By: *(signature)*
        Robin S. Rosenbaum
        Assistant U.S. Attorney
        Fla. Bar No. 908223
        500 E. Broward Blvd.
        Suite 700
        Fort Lauderdale, FL 33394
        Tel: (954)356-7255 ext. 3595
        Fax: (954)356-7336

cc: Special Agent Ann Saunders
    Federal Bureau of Investigation

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by interoffice mail on February 5th, 2001, to Sam Smargon, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

                            *(signature)*
                            Robin S. Rosenbaum
                            Assistant United States Attorney