UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6260-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
)
v. )
)
)
GLENN SPLAIN, )
)
Defendant. )
_____)

### ORDER

This matter came before the Court on the Government's Motion to Reschedule Sentencing.

Upon consideration of the papers and all other relevant materials, it is hereby **ORDERED** that the

Government's Motion is **GRANTED**. Sentencing has been rescheduled for

_February 28, 2001_ at _2:00 P.M._

**SO ORDERED.**

WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT JUDGE

cc: Sam Smargon, AFPD
 Robin S. Rosenbaum, AUSA
 USPO.