## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6260-Cr-WPD   DATE: February 28, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Glenn Splain

U.S. ATTORNEY: Robin Rosenbaum   DEFT. COUNSEL: Dan Smargon

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed; 18 months BOP, 5 years Supervised Release, $100.00 Assessment, no fine, $53,350.00 Restitution to be paid during the period of Supervised Release. Court recommends drug treatment while in prism & designation to Eglund Facility.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft. Informed of Right to Appeal.