PROB 12A
(SD/FL 10/01)
**SPLAIN, Glenn**
**Docket No. 00-6260-CR-Dimitrouleas**

SD/FL PACTS No. 66378

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 00-6260-CR-Dimitrouleas

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Glenn Splain

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Court Judge, Fort Lauderdale

Date of Original Sentence: February 28, 2001

Original Offense:     Bank Fraud, in violation of Title 18, U.S.C. § 1344, a Class "B" felony.

Original Sentence:    Eighteen (18) months Bureau of Prisons, to be followed by five (5) years supervised release. Special Conditions: (1) to participate in a drug and/or alcohol abuse program as directed by the U.S. Probation Officer; (2) provide complete access to financial information to the U.S. Probation Officer; and (3) $53,350 restitution.

Type of Supervision: Supervised Release      Date Supervision Commenced: May 12, 2002

# NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing or using a controlled substance.** On or about July 5, 2002, the supervised releasee submitted a urine specimen, which tested positive for the presence of Cocaine in our local laboratory and has been confirmed positive by PharmChem Laboratories, Incorporated. |

U.S. Probation Officer Action:

Based on the fact that Mr. Splain has admitted to his drug use, it is the recommendation of the U.S. Probation Office that he be required to submit to bi-weekly urinalysis for 60 days and to increase treatment at Spectrum Programs.



PROB 12A                                                    SD/FL PACTS No. 66378
(SD/FL 10/01)
**SPLAIN, Glenn**
**Docket No.  00-6260-CR-Dimitrouleas**

If Your Honor is in agreement, please indicate below.

Respectfully submitted,

by

David L. Sutherland
U.S. Probation Officer
Phone: (954) 769-5512
Date: August 5, 2002

Reviewed by: _____
Carolyn M. Gamble, Supervising
U.S. Probation Officer

[ ]    Concur with action(s) taken by the U.S. Probation Officer
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision
[X]    Submit a Request for X Warrant or _ Summons

_____
Signature of Judicial Officer

_____
Date