PROB 12C  
(SD/FL 9/96)  
SPLAIN, Glenn  
Docket No. 00-6260-CR-Dimitrouleas

SD/FL PACTS No. 66378

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6260-CR-Dimitrouleas



FILED by ___ D.C.

AUG 13 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: Glenn Splain

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Court Judge, Fort Lauderdale, Florida

Date of Original Sentence: February 28, 2001

Original Offense: Bank Fraud, in violation of Title 18, U.S.C. §1344, a Class "B" felony.

Original Sentence: Eighteen (18) months Bureau of Prisons, to be followed by five (5) years supervised release. Special Conditions: (1) to participate in a drug and/or alcohol abuse program as directed by the U.S. Probation Officer; (2) provide complete access to financial information to the U.S. Probation Officer; and (3) $53,350 restitution.

Type of Supervision: Supervised Release

Date Supervision Commenced: May 12, 2002

Assistant U.S. Attorney:
Robin Rosenbaum

Defense Attorney:
Samuel J. Smargon

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing or using a controlled substance.** On or about July 5, 2002, the supervised releasee submitted a urine specimen, which tested positive for the presence of Cocaine in our local laboratory and has been confirmed positive by PharmChem Laboratories, Incorporated. |



PROB 12C  SD/FL PACTS No. 66378
(SD/FL 9/96)
SPLAIN, Glenn
Docket No. 00-6260-CR-Dimitrouleas

U.S. Probation Officer Recommendation:

    [X]    The term of supervision should be
    [X]    revoked.

by

Respectfully submitted,

David L. Sutherland
U.S. Probation Officer
Phone: (954) 769-5512
Date: August 12, 2002

Reviewed by: _____
Carolyn M. Gamble, Supervising
U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

August 13, 2002
Date