PROB 19a                                                                                      SD/FL PACTS No. 66378

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6260-CR-Dimitrouleas

U.S.A. vs **GLENN SPLAIN**

FILED by _____ D.C.
AUG 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO:[1] **ANY U.S. MARSHAL OR AUTHORIZED REPRESENTATIVE**

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |

| NAME OF SUPERVISED RELEASEE<br>Glenn Splain | SEX<br>Male | RACE<br>White | AGE<br>33 |
|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>916 SE12Avenue<br>Ft. Lauderdale, FL 33316 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA | DATE IMPOSED<br>2/28/2001 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>FORT LAUDERDALE, FLORIDA | | | |
| CLERK<br>CLARENCE MADDOX | BY DEPUTY CLERK<br>/s/ Amy Gordan | DATE<br>August 13, 2002 | |

| RETURN |
|---|

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

