# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: GLENN SPLAIN (surrender)　　　　CASE NO: 00-6260-CR-DIMITROULEAS
AUSA: ROBIN ROSENBAUM /Karadbbil　　ATTY: Nelson Marks
AGENT: USPO Dave Sutherland　　　　　VIOL: SUPERVISED RELEASE
PROCEEDING: I/A ON VIOLATION　　　　　RECOMMENDED BOND: PSB
BOND HEARING HELD - yes / no　　　　　COUNSEL APPOINTED: FPD reappointed
BOND SET @: 50,000 PSB　　　　　　　　To be cosigned by:

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / USPO or ___ x's a week/month by phone; ___ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: ___
- ❏ Travel extended to: ___
- ❏ Halfway House ___

Advised of charges
FPD appted
Bond set -
follow all lawful instructions
of USPO
final hrg to be
set before judge D.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 8/21/02　TIME: 11:00　FTL/LSS TAPE # 02- 044　Begin: 1060　End: 1182

29