PROB 19a                                                                    SD/FL PACTS No. 66378

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  00-6260-CR-Dimitrouleas

U.S.A. vs **GLENN SPLAIN**

TO:[1] **ANY U.S. MARSHAL OR AUTHORIZED REPRESENTATIVE**

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | |

| NAME OF SUPERVISED RELEASEE<br>Glenn Splain | SEX<br>Male | RACE<br>White | AGE<br>33 |
|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>916 SE 12 Avenue<br>Ft. Lauderdale, FL 33316 | | | |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA | DATE IMPOSED<br>2/28/2001 |
|---|---|

TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE, FLORIDA

| CLERK<br>CLARENCE MADDOX | (BY) DEPUTY CLERK | DATE<br>August 13, 2002 |
|---|---|---|

| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED<br>8/13/02 | DATE EXECUTED<br>8/21/02 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS, Ft. Lauderdale, FL. | | |
| NAME  **Edward Stubbs, Acting US Marshal  S/D  FL** | (BY) *Barry Golden*<br>**Barry Golden, ASDUSM** | DATE<br>8/21/02 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

31