UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55564-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6260-CR-D IMJ TROULEAS
  ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
  )
GLENN SPLAIN )
       Defendant

FILED by __ D.C.
AUG 22 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

****************************************************************
TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
****************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8/21/02    0930   (am)/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PROBATION VIOLATION

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 7/26/69

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____

32