UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
AUG 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                               CASE NO. 00-6260-CR-DIMITROULEAS

GLENN SPLAIN

TYPE OF CASE:          CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:  
299 E. BROWARD BLVD.              COURTROOM 203E  
FT. LAUDERDALE, FL 33301         DATE & TIME:  
                                                  **September 3, 2002 AT 1:00 P.M.**

TYPE OF  
HEARING:    Final Revocation/Sentencing on Supervised Release Violation

CLARENCE MADDOX,  
CLERK OF COURT

DATE: August 26, 2002                           BY DEPUTY CLERK

cc:    United States Attorney's Office  
       Samuel Smargon, AFPD  
       David Sutherland, USPO