<u>CRIMINAL MINUTES</u>



FILED by _____ D.C.

SEP 0 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
<u>HONORABLE WILLIAM P. DIMITROULEAS</u>

CASE NUMBER: 00-6260-CR-WPD    DATE: September 3, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Dave Sutherland    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Glenn Splain

U.S. ATTORNEY: Robin Rosenbaum    DEFT. COUNSEL: John Amargne

REASON FOR HEARING: Final Revocation & Sentencing

RESULT OF HEARING: On Supervised Release Violation. Deft admits violation. Supervised Release is Revoked. Deft is sentenced to 5 months BOP. No further supervision is imposed.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: Deft informed of Right to Appeal.

35/69