SEP 0 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE   NO. 00-6260-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

GLENN SPLAIN

SS#   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
DOB: 07/26/1969

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

THIS CAUSE came before the Court on the 3rd  day of September, 2002  for final hearing for the revocation of the defendant's Supervised Release.

On the 28th day of February, 2001,  this Court  sentenced the defendant to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by the Court be and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of Five (5) Months.  No further supervision is imposed.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida  this ⎯3⎯ day  of  September, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:    Robin Rosenbaum, AUSA
       Samuel Smargon, AFPD,
       David Sutherland, USPO
       U.S. Marshal