USA
vs.
Glenn Splain

00-6260 CR
WPD

cc: Robin Rosenbaum, AUSA
Samuel Smargon, AFPD,
David Sutherland, USPO
U.S. Marshal

Verification
Date
Phone #
Person/Title
Staff/Title

DEFENDENT DELIVERED/SURRENDERED ON 10/30/02
TO FPC PENSACOLA, FL THE INSTITUTION DESIGNATED
BY THE ATTORNEY GENERAL, WITH A CERTIFIED COPY
OF THIS JUDGEMENT IN A CRIMINAL CASE.

Jose M Vasquez, Warden
SUPERINTENDENT
BY _____



SEP 0 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6260-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

GLENN SPLAIN

SS# 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
DOB: 07/26/1969

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

THIS CAUSE came before the Court on the 3rd day of September, 2002 for final hearing for the revocation of the defendant's Supervised Release.

On the 28th day of February, 2001, this Court sentenced the defendant to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by the Court be and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of Five (5) Months. No further supervision is imposed.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 3 day of September, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date  9/3/02